ACCEPTED
03-14-00706-CV
4511961
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 1:50:58 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00706-CV

### IN THE THIRD COURT OF APPEALS
### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 1:50:58 PM
JEFFREY D. KYLE
Clerk

### ENTERGY TEXAS, INC.,
### Appellant

### v.

### PUBLIC UTILITY COMMISSION OF TEXAS,
### Appellee

### UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Entergy Texas, Inc. files this motion for extension of time to file its reply brief in the above-referenced case. In support of the motion, Appellant shows as follows:

Appellees Public Utility Commission of Texas and Office of Public Utility Counsel filed their response briefs on March 6, 2015. Appellee State Agencies filed its response brief on March 9, 2015. Appellant's replies to those filings are currently due on March 26 and 30, 2015. Appellant requests thirty-two-day extension of the first deadline, and a twenty-eight-day extension of the second deadline. Appellant has not previously sought an extension of either of these deadlines. If the Court grants this extension request, Appellant's reply brief will be due on April 27, 2015.

Appellant's counsel requires additional time to prepare ETI's reply brief because counsel has had conflicting deadlines in other cases. First, the undersigned represents ETI in *Entergy Texas, Inc. v. Public Utility Commission,* No. 03-14-00735-CV, pending before this Court, and ETI's appellant's brief is due in that case on March 31, 2015. The undersigned also represents the petitioner in a case set to be orally argued at the Texas Supreme Court on March 24, 2015. *See Kachina Pipeline Co., Inc. v. Lillis,* Case No. 13-0596, in the Texas Supreme Court.

Appellant is not seeking to extend the deadline for filing its brief merely for delay, but so that justice may be served. Accordingly, Appellant Entergy Texas, Inc. respectfully requests this Court extend the deadline for filing the reply brief to April 27, 2015. Appellant further seeks any other relief to which it may show itself justly entitled.

Respectfully submitted,

**DUGGINS WREN MANN & ROMERO, LLP**

By:   */s/ Marnie A. McCormick*
    Marnie A. McCormick
    State Bar No. 00794264
    mmccormick@dwmrlaw.com
    P. O. Box 1149
    Austin, Texas 78767-1149
    (512) 744-9300
    (512) 744-9399 *fax*

**ATTORNEYS FOR APPELLANT
ENTERGY TEXAS, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel representing all other parties, and they do not oppose this motion.

/s/ Marnie A. McCormick
Marnie A. McCormick

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties via electronic service on the 16th day of March, 2015:

Elizabeth R. B. Sterling
Environmental Protection Division
Office of the Attorney General
P. O. Box 12548 (MC 066)
Austin TX  78711-2548
*Counsel for Appellee Public Utility Commission of Texas*

Rex D. VanMiddlesworth
Benjamin Hallmark
Thompson Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin TX  78701
*Counsel for Intervenor Texas Industrial Energy Consumers*

Katherine H. Farrell
Administrative Law Division
Office of the Attorney General
P. O. Box 12548
Austin TX  78711-2548
*Counsel for Intervenor State Agencies*

Ross Henderson
Office of Public Utility Counsel
1701 N. Congress Ave., Ste. 9-180
P. O. Box 12397
Austin TX  78711-2397
*Counsel for Intervenor Office of Public Utility Counsel*

*/s/ Marnie A. McCormick*
Marnie A. McCormick